**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
Elizabeth Wagner (317098)
elizabeth@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*,
Jayson Swigart

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAYSON SWIGART, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**PARCEL PENDING, INC.,**<br><br>Defendant. | **Case No.:** 3:18-CV-02238-BEN-WVG<br><br>**NOTICE OF APPEARANCE BY ELIZABETH A. WAGNER** |

| | |
|---|---|
| 1 | **TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:** |
| 2 | |
| 3 | PLEASE TAKE NOTICE that the following attorney hereby states her appearance as Co-Counsel for Plaintiff JAYSON SWIGART: |
| 4 | |

Elizabeth A. Wagner, Esq. (SBN: 317098)

KAZEROUNI LAW GROUP, APC

245 Fischer Avenue, Unit D1

Costa Mesa, CA 92626

Telephone: (800) 400-6808

Facsimile: (800) 520-5523

Email: elizabeth@kazlg.com

Date: September 28, 2018     **KAZEROUNI LAW GROUP, APC**

By:   /s/ Elizabeth A. Wagner
ELIZABETH A. WAGNER, ESQ.
ATTORNEY FOR PLAINTIFF