**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
Elizabeth A. Wagner, Esq. (317098)
elizabeth@kazlg.com
245 Fischer Avenue, Suite 101
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*,
Jayson Swigart

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAYSON SWIGART, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITAUTED,**<br><br>Plaintiff,<br><br>v.<br><br>**PARCEL PENDING, INC.,**<br><br>Defendant. | **Case No.:** 3:18-CV-02238-BEN-WVG<br><br>**PROOF OF SERVICE OF SUMMONS** |

Case No.: 3:18-CV-02238-BEN-WVG     *Swigart, et al. v. Parcel Pending, Inc.*
**PROOF OF SERVICE OF SUMMONS**

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of California

Case Number: 18-V-2238-BEN-WVG

Plaintiff:
**Swigart**

vs.

Defendant:
**Parcel Pending**

For:
Matthew M. Loker
Kazerouni Law Group, APC
245 Fischer Ave.
Suite D1
Costa Mesa, CA 92626

Received by Sano Attorney Service on the 27th day of September, 2018 at 4:05 pm to be served on **Parcel Pending, Inc., One Capital Mall, Suite 660, Sacramento, CA 95814.**

I, T. Andy Harris, do hereby affirm that on the **1st day of October, 2018 at 2:50 pm**, I:

**INDIVIDUALLY/PERSONALLY** served, pursuant to Rule 4 of the Federal Rules of Civil Procedure, by delivering a true copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: Clint Congdon Authorized Person, at the address of: **One Capital Mall, Suite 660, Sacramento, CA 95814**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

T. Andy Harris
81-002

**Sano Attorney Service**
P.O. Box 1568
Riverside, CA 92502
(909) 425-2248

Our Job Serial Number: SNO-2018003976
Ref: Swigart v. Parcel Pending
Service Fee: $105.00

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p