STEFANIE WARREN (SBN 244038)
  stefanie@aguirreallen.com
Aguirre Allen Law
3170 Fourth Avenue, Suite 250
San Diego, California 92103
Telephone:  619.501.4750

Attorneys for Defendant
PARCEL PENDING, INC.

KAZEROUNI LAW GROUP, APC
Abbas Kazerounian, Esq. (249203)
  ak@kazlg.com
Matthew M. Loker, Esq. (279939)
  ml@kazlg.com
Elizabeth Wagner, Esq. (317098)
  elizabeth@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone:  800.400.6808
Facsimile:   800.520.5523

Attorneys for Plaintiff
JAYSON SWIGART, individually and on behalf of
all others similarly situated

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYSON SWIGART, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PARCEL PENDING, INC,<br><br>Defendant. | Case No. 18cv2238 BEN WVG<br><br>**JOINT MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge:  Hon. Roger T. Benitez<br>Crtrm.: 5A<br><br>Action Filed:  September 26, 2018<br>Trial Date:   Not Set |

| | |
|---|---|
| 1 | WHEREAS, on September 26, 2018, plaintiff Jayson Swigart ("Plaintiff") |
| 2 | filed a complaint ("Complaint") against defendant Parcel Pending, Inc. |
| 3 | ("Defendant"); |
| 4 | WHEREAS, on October 1, 2018 Defendant was personally served with a |
| 5 | summons and copy of the Complaint, thereby establishing Monday, October 22, |
| 6 | 2018 as Defendant's deadline to respond to the Complaint; |
| 7 | WHEREAS, Defendant only recently retained its respective counsel for this |
| 8 | action and there is a need for additional time for such counsel to evaluate the |
| 9 | Complaint's allegations and respond thereto; |
| 10 | / / / |
| 11 | / / / |
| 12 | / / / |
| 13 | / / / |
| 14 | / / / |
| 15 | / / / |
| 16 | / / / |
| 17 | / / / |
| 18 | / / / |
| 19 | / / / |
| 20 | / / / |
| 21 | / / / |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

NOW, THEREFORE, IN LIGHT OF THE FOREGOING , IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and among the parties hereto, by and through their undersigned counsel, that the Defendant's deadline to respond to this Complaint is extended and continued until November 21, 2018. The parties further agree that this stipulation shall not be construed as a waiver of any of Defendant's jurisdictional or other challenges to the Complaint.

DATED: October 16, 2018        AGUIRRE ALLEN LAW

By: /s/ Stefanie Warren
Stefanie Warren
Attorneys for Defendant
PARCEL PENDING, INC.
Email: stefanie@aguirreallen.com

KAZEROUNI LAW GROUP

DATED: October 16, 2018

By: /s/ Matthew M. Loker
Matthew M. Loker
Attorneys for Plaintiff
JAYSON SWIGART, on behalf of himself
and all others similarly situated
Email: ml@kazlg.com

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

Case No. 18cv2238 BEN WVG
JOINT MOTION TO EXTEND DEFENDANT'S TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT

103227251\V-1

1 | I, Stefanie Warren, hereby certify that the content of this JOINT MOTION
2 | TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S
3 | COMPLAINT is acceptable to all parties who are required to sign this motion.
4 | Plaintiff's counsel has authorized Defendant Parcel Pending, Inc. to affix his
5 | CM/ECF electronic signature to this document.

7 | DATED:  October 16, 2018        AGUIRRE ALLEN LAW

By:  /s/ Stefanie Warren
    Stefanie Warren
    Attorneys for Defendant
    PARCEL PENDING, INC.
    Email:  stefanie@aguirreallen.com

*Jayson Swigart v. Parcel Pending, Inc.*
United States District Court, Southern District of California
Case No.  18CV2238 BEN WVG

# CERTIFICATE OF SERVICE

I, Stefanie Warren, certify that I caused to be served upon the following counsel and parties of record a copy of the following document(s):

**JOINT MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

as indicated/listed on the United States District Court, Southern District of California's CM/ECF registered email list in the above-referenced matter.

KAZEROUNI LAW GROUP, APC        *Attorneys for Plaintiff*
ml@kazlg.com
Matthew M. Loker (279939)
245 Fischer Avenue, Unit D1
Costa Mesa, CA  92626
Telephone:       800.400.6808
Facsimile:        800.520.5523
Email:  ml@kazlg.com

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.  Executed at San Diego, California.

Dated:  October 16, 2018                s/Stefanie Warren
                                        Stefanie Warren

USW 805279321.1