**FILED**

OCT 18 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYSON SWIGART,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PARCEL PENDING, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 3:18-cv-2238-BEN-WVG<br><br>**ORDER GRANTING IN PART JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

The Court has reviewed the parties' joint motion for extension of time for Defendant Parcel Pending, Inc. to respond to the Complaint. Docket No. 6. Because Defendant only recently retained its counsel and requires additional time to respond, the joint motion for an extension from October 22, 2018 to November 21, 2018 is hereby **GRANTED IN PART**. Parcel Pending, Inc. shall respond to the Complaint on or before **November 12, 2018**.

**IT IS SO ORDERED.**

Date: October __, 2018

HON. ROGER T. BENITEZ
United States District Judge