STEFANIE WARREN (SBN 244038)
stefanie@aguirreallen.com
Aguirre Allen Law
3170 Fourth Avenue, Suite 250
San Diego, California 92103
Telephone: (619) 501-4750

ROBERT A. COCCHIA (SBN 172315)
robert.cocchia@dentons.com
DENTONS US LLP
4655 Executive Drive, Suite 700
San Diego, California 92121
Telephone: (619) 236-1414
Facsimile: (619) 232-8311

Attorneys for Defendant
PARCEL PENDING, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYSON SWIGART, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>PARCEL PENDING, INC.,<br><br>    Defendant. | Case No. 18-cv-02238-BEN-WVG<br><br>**NOTICE OF APPEARANCE BY ROBERT A. COCCHIA ON BEHALF OF DEFENDANT PARCEL PENDING, INC.**<br><br>Judge:   Hon. Roger T. Benitez<br>Ctrm.:   5A<br><br>Action Filed:  September 26, 2018<br>Trial Date:  Not Set |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Robert A. Cocchia of Dentons US LLP hereby enters his appearance on behalf of Defendant PARCEL PENDING, INC. Mr. Cocchia will be co-counsel on the matter. Please serve copies of all pleadings and other papers on Robert A. Cocchia of Dentons US LLP at the following address:

> Robert A. Cocchia, Esq.
> DENTONS US LLP
> 4655 Executive Drive, Suite 700
> San Diego, CA 92121
> Telephone:  619.236.1414
> Facsimile:   619. 232.8311
> Email:  robert.cocchia@dentons.com

Dated:  November 9, 2018

DENTONS US LLP

By: */s/Robert A. Cocchia*
robert.cocchia@dentons.com

Attorneys for Defendant
PARCEL PENDING, INC.

*Jayson Swigart v. Parcel Pending, Inc.*
United States District Court, Southern District of California
Case No. 18-cv-2238-BEN-WVG

## **CERTIFICATE OF SERVICE**

I, Robert A. Cocchia, certify that I caused to be served upon the following counsel and parties of record a copy of the following document(s):

**NOTICE OF APPEARANCE BY ROBERT A. COCCHIA ON BEHALF OF DEFENDANT PARCEL PENDING, INC.**

as indicated/listed on the United States District Court, Southern District of California's CM/ECF registered email list in the above-referenced matter.

| | |
|---|---|
| KAZEROUNI LAW GROUP, APC<br>ml@kazlg.com<br>Matthew M. Loker (279939)<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, CA  92626<br>Telephone:     800.400.6808<br>Facsimile:       800.520.5523<br>Email:  ml@kazlg.com | *Attorneys for Plaintiff* |

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.  Executed at San Diego, California.


Dated:  November 9, 2018            s/Robert A. Cocchia
                                    Robert A. Cocchia

109594418\V-1

- 3 -

CASE NO. 18-CV-02238-BEN-WVG
CERTIFICATE OF SERVICE