**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
Elizabeth Wagner, Esq. (317098)
elizabeth@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Jayson Swigart

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYSON SWIGART, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> PARCEL PENDING, INC., <br><br> Defendant. | **Case No.:** 18-cv-2238 BEN (WVG) <br><br> **NOTICE OF SETTLEMENT** <br><br> **HONORABLE ROGER T. BENITEZ** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff JAYSON SWIGART ("Swigart") and Defendant PARCEL PENDING, INC. ("Parcel Pending") has been resolved on a class basis following a full-day mediation with Bruce Friedman, Esq. of JAMS. The Parties are in the process of preparing a Class Settlement Agreement and will file a Motion seeking Preliminary Approval of the Class Action Settlement thereafter. Swigart requests that all pending dates and filing requirements be vacated and that the Court set a deadline of April 8, 2019 for the filing of the Motion for Preliminary Approval.

Dated: February 8, 2019                               **KAZEROUNI LAW GROUP, APC**

                                                      By:   /s/ Matthew M. Loker
                                                            MATTHEW M. LOKER, ESQ.
                                                            ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement* has been filed this 8th day of February 2019, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                                            /s/ Matthew M. Loker
                                                            Matthew M. Loker