**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
Elizabeth Wagner, Esq. (317098)
elizabeth@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Jayson Swigart

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYSON SWIGART, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>PARCEL PENDING, INC.,<br><br>Defendant. | **Case No.:** 18-cv-2238 BEN (WVG)<br><br>**DECLARATION OF PLAINTIFF JAYSON SWIGART IN SUPPORT OF MOTION FOR PRELIMINARY OF APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**DATE:** May 28, 2019<br>**TIME:** 10:30 a.m.<br>**COURTROOM:** 5A<br><br>**HONORABLE ROGER T. BENITEZ** |

*(left margin, vertical text)* KAZEROUNI LAW GROUP, APC / 245 FISCHER AVENUE, SUITE D1 / COSTA MESA, CA 92626

Case No.: 18-cv-2238 BEN (WVG)                 *Swigart, et al. v. Parcel Pending, Inc.*

**DECLARATION OF PLAINTIFF JAYSON SWIGART IN SUPPORT OF MOTION FOR
PRELIMINARY OF CLASS ACTION SETTLEMENT**

**KAZEROUNI LAW GROUP, APC**
**245 FISCHER AVENUE, SUITE D1**
**COSTA MESA, CA 92626**

# DECLARATION OF JAYSON SWIGART

I, JAYSON SWIGART, declare:

1. I am the named plaintiff in this action.

2. I have personal knowledge of the following facts and, if called upon as a witness, could and would competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

3. I am writing this Declaration in support of the Motion for Preliminary Approval in the above-captioned action.

4. On July 27, 2018, I received a telephonic communication from Defendant PARCEL PENDING, INC. ("Parcel Pending").

5. I was not informed that Parcel Pending was recording the telephonic communication until the end of the telephonic communication.

6. My attorneys have informed me of the responsibilities of a class representative.

7. I understand these responsibilities and I am willing and prepared to fairly, adequately, and vigorously represent the class putting the interest of the class members before my own and seeking a settlement or result to this action that is fair to the class members as a whole.

8. To my knowledge, I have no interests that are antagonistic to the class.

I declare under penalty of perjury under the laws of California and those of the United States of America that the foregoing is true and correct, and that this declaration was executed on April 17, 2019.

By:_____

JAYSON SWIGART

| Case No.: 18-cv-2238 BEN (WVG) | 1 OF 1 | *Swigart, et al. v. Parcel Pending, Inc.* |
|---|---|---|

**DECLARATION OF PLAINTIFF JAYSON SWIGART IN SUPPORT OF MOTION FOR PRELIMINARY OF CLASS ACTION SETTLEMENT**