**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAYSON SWIGART, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>**v.**<br><br>**PARCEL PENDING, INC.,**<br><br>Defendant. | **Case No.:** 18-cv-2238 BEN (WVG)<br><br>**DECLARATION OF SCHUYLER HOFFMAN, ESQ. IN SUPPORT OF COUNSEL'S HOURLY RATES**<br><br>**DATE:** October 21, 2019<br>**TIME:** 10:30 A.M.<br>**COURTROOM:** 5A<br><br>**HONORABLE ROGER T. BENITEZ** |

///
///
///
///
///
///
///
///
///

*Left margin (vertical):* KAZEROUNI LAW GROUP, APC / 245 FISHER AVENUE, UNIT D1 / COSTA MESA, CA 92626

I, SCHUYLER HOFFMAN, ESQ., declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, as well as the laws of the State of California that the following statements are true:

1.  I regularly practice before the District Courts of California and am familiar with the hourly rates charged by attorneys who practice in these Courts, including the Southern District of California.

2.  A large part of my practice focuses on consumer related issues and litigation. These cases include both individual actions as well as complex class actions.

3.  The hourly rate in the Southern District of California for an attorney with Abbas Kazerounian's experience and expertise in consumer litigation would be in the range of $710.00 per hour for this type of litigation. Therefore, $710.00 per hour would be a reasonable and appropriate hourly rate for Mr. Kazerounian.

4.  The hourly rate in the Southern District of California for an attorney with Matthew M. Loker's experience and expertise in consumer litigation would be in the range of $575.00 per hour for this type of litigation. Therefore, $575.00 per hour would be a reasonable and appropriate hourly rate for Mr. Loker.

5.  The hourly rate in the Southern District of California for an attorney with Elizabeth Wagner's experience and expertise in consumer litigation would be in the range of $350.00 per hour for this type of litigation. Therefore, $350.00 per hour would be a reasonable and appropriate hourly rate for Mr. Wagner

KAZEROUNI LAW GROUP, APC
245 FISHER AVENUE, UNIT D1
COSTA MESA, CA 92626

6.      I have known each of these attorneys for several years, and I am familiar with their legal work, as we have similar consumer law practices and both practice in the District Courts of California.

        I declare under the penalty and perjury under the laws of the United States of America as well as the State of California, that the foregoing is true and correct.

Date: July 3, 2019                              BY:   ___/s/ Schulyer Hoffman___

                                                      SCHUYLER HOFFMAN ESQ.

KAZEROUNI LAW GROUP, APC
245 FISHER AVENUE, UNIT D1
COSTA MESA, CA 92626

CASE NO.: 18-CV-2238 BEN (WVG)       2 OF 2       Swigart, et al. v. Parcel Pending, Inc.
DECLARATION OF SCHUYLER HOFFMAN, ESQ. IN SUPPORT OF COUNSEL'S HOURLY RATES