# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On July 3, 2019, I served the within document(s):

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES; COSTS; AND, INCENTIVE AWARD**

☐ E-MAIL - by transmitting via e-mail the document(s) listed above to the e-mail address(es) listed below on this date before 11:59 p.m.

☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Costa Mesa, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via.

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| **Stefanie Warren** | **Robert A. Cocchia** |
| Aguirre Allen Law | DENTONS US LLP |
| 3170 Fourth Avenue, Suite 250 | 4655 Executive Drive, Suite 700 |
| stefanie@aguirreallen.com | Telephone: (619) 236-1414 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 3, 2019, at Costa Mesa, California.

                                                                 /s/ Matthew M. Loker
                                                                 MATTHEW M. LOKER