**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAYSON SWIGART, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**PARCEL PENDING, INC.,**<br><br>Defendant. | **Case No.:** 18-cv-2238 BEN (WVG)<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**DATE:** October 21, 2019<br>**TIME:** 10:30 a.m.<br>**COURTROOM:** 5A<br><br>**HON. ROGER T. BENITEZ** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **OCTOBER 21, 2019**, at **10:30 A.M.**, before the United States District Court, Southern District of California, **COURTROOM 5A**, Plaintiff JAYSON SWIGART ("Plaintiff") will move this Court for an Order Granting Final Approval of the Parties' Class Action Settlement.

This <u>unopposed</u> Motion is based upon this Notice, the records and papers on file herein, the attached Memorandum of Points and Authorities, the attached Declarations as well as such other evidence as may be presented at the hearing of this Motion.

DATED: September 17, 2019	**KAZEROUNI LAW GROUP, APC**

By:   /s/ Matthew M. Loker
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISHER AVENUE, UNIT D1
COSTA MESA, CA 92626

CASE NO.: 18-CV-2238 BEN (WVG)   1 OF 1   *Swigart, et al. v. Parcel Pending, Inc.*
NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT