## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**JAYSON SWIGART,**
**INDIVIDUALLY AND ON BEHALF**
**OF ALL OTHERS SIMILARLY**
**SITUATED,**

Plaintiff,

v.

**PARCEL PENDING, INC.,**

Defendant.

**Case No.:** 18-cv-2238 BEN (WVG)

**HONORABLE ROGER T. BENITEZ**

### AFFIDAVIT OF BAILEY HUGHES

STATE OF ILLINOIS, COUNTY OF COOK

I, Bailey Hughes, under penalty of perjury, affirm that the following statements are true:

1.      I am over eighteen (18) years of age, and am fully competent to give this affidavit.

2.      I am a Case Manager at First Class, Inc. and have personal knowledge of this matter.

3.      First Class, Inc., a Class Action Administration Service, was appointed as the Class Settlement Administrator in this matter and is not a party to this action.

4.      On July 2, 2019, First Class, Inc. acquired the domain www.ParcelPendingCallRecordingSettlement.com ("Settlement Website"), and on July 11, 2019, First Class, Inc. posted to the Settlement Website the Class Notice, Claim Form, W-9 and Instructions, Complaint, Answers to Complaint, Preliminary Approval Order, Fees Declaration of Clark Ovruchesky, Esq., Fees Declaration of Matthew Loker, Esq., Fees Declaration of Schuyler Hoffman, Esq., Fees Declaration of Wayne Sinnett, Esq., Fees Exhibit 1, Fees Exhibit 2, Fees Notice Re: Fee Petition, Fees P&A Re: Fee Petition, and Fees POS Re: Fee Petition. The Settlement Website remains live as of the date of this affidavit.

5.      On July 3, 2019, First Class, Inc. established a toll-free telephone number that class members can call for information about the settlement, and where class members can leave a message to have their call returned if needed. The toll-free telephone line remains active as of the date of this affidavit.

6.      The class list was received from Stefanie Warren of Aguirre Allen Law, and contained 2,146 records with phone numbers and email addresses, and 463 records with only a phone number.

7.      Prior to emailing and mailing the notice to the individuals on the class mailing list, First Class, Inc. attempted to locate mailing addresses for the 463 records with only a phone number using the LexisNexis Accurint reverse cell phone locate service. First Class, Inc. found mailing addresses for 319 of the records searched. The remaining 144 records without an email address and for whom First Class, Inc., could not locate a mailing address were removed from the class mailing list.

8.      Prior to mailing the notice to the individuals with a mailing address on the class mailing list, First Class, Inc. followed its standard practice of processing the list through the Coding Accuracy Support System (CASS) and the NCOA (National Change of Address) update process of the U.S. Postal Service using software certified by the U.S. Postal Service. CASS allows First Class, Inc. to verify the address is correctly formatted for delivery and corrects zip codes. NCOA Move Update provides current address information, if available, and information regarding deliverability.

9.      Prior to emailing and mailing the notice to individuals on the class mailing list, First Class, Inc. followed its standard practice of checking for and removing exact duplicate records within the class mailing list, and in this case, 1 exact email address duplicate was found and removed.

10.     Prior to emailing the notice to individuals with email addresses on the class mailing list, First Class, Inc. determined that 2 of the email addresses in the class list were not valid or deliverable email addresses, and those records were removed from the class mailing list.

11.     The notices were emailed on July 17, 2019 to 2,143 class member email addresses.

12.     The notices were mailed on July 23, 2019 to 319 class member mailing addresses.

13.     The notices were mailed via First Class mail, postage prepaid, with Forwarding Service Requested.

14.     As of September 16, 2019, a total of 43 mailed notices were returned as undeliverable with no forwarding address or further information provided by the U.S. Postal Service.

15. As of September 16, 2019, no mailed notices were returned by the U.S. Postal Service with a new address and remailed.

16. As of September 16, 2019, no objections have been received by First Class, Inc.

17. As of September 16, 2019, no requests for exclusion have been received by First Class, Inc.

18. As of September 16, 2019, 26 valid claim forms have been received which were postmarked on or before the cutoff date of August 19, 2019.

19. As of September 16, 2019, 2 claim forms have been received which were postmarked after the cutoff date of August 19, 2019, but would otherwise be valid.

20. As of September 16, 2019, 7 claim forms have been received which were questionable- 5 were mailed notice, and the phone number they included on their claim form did not match Parcel's records. 2 were mailed notice, their claim forms were postmarked after the cutoff date of August 19, 2019, and the phone number they included on their claim form did not match Parcel's records. These claim forms were sent to Counsel for review, and are not counted as valid or invalid at this point.

FURTHER AFFIANT SAYETH NOT.

_____
AFFIANT

_____
NOTARY PUBLIC

OFFICIAL SEAL
LONNA B STREIGHT-SCHULZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/18/22

SWORN TO AND SUBSCRIBED before me this
_17th_ day of _September_ , 2019 by
Bailey Hughes, Case Manager at First Class, Inc.