FILED

MAR 13 2020

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYSON SWIGART, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PARCEL PENDING, INC.,<br><br>Defendant. | Case No.: 3:18-cv-02238-BEN-WVG<br><br>**ORDER GRANTING JOINT MOTION TO AMEND CLASS DEFINITION IN ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CALL ACTION SETTLEMENT**<br><br>[Doc. No. 37] |

The Court, having considered the Joint Motion to Amend Class Definition submitted by Plaintiff Jayson Swigart ("Plaintiff") and Defendant Parcel Pending, Inc. ("Defendant"), and finding good cause for same, the Court hereby **GRANTS** the Joint Motion and Orders that:

1. The Class Definition is amended to be as follows:

   All California Parcel Pending registered users who received one or fewer disclosures of Parcel Pending's recorded call policy between February 1, 2018 to October 3, 2018 prior to receiving an outbound customer service call.

**IT IS SO ORDERED.**

Dated: March ___, 2020

HON. ROGER T. BENITEZ
United States District Judge